[Nos. 11791-0-III; 11934-3-III.   Division Three.   April 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOSE RUBIO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v.
JOSE RUBIO, *Respondent*.

Appeals from judgments of the Superior Court for Klicki-
tat County, No. 91-8-00023-6, Ted Kolbaba, J., entered July
22 and October 7, 1991. *Affirmed* by unpublished opinion per
Sweeney, A.C.J., concurred in by Munson and Schuitheis, JJ.

[No. 32728-3-I.   Division One.   April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE
FONDUE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-04394-9, Jack A. Richey, J. Pro Tem.,
entered April 23, 1993. *Reversed* by unpublished opinion per
Webster, C.J., concurred in by Coleman and Pekelis, JJ.

[No. 30448-8-I.   Division One.   April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLANDO
W. AMES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07350-0, Sally Pasette, J., entered April 8,
1992. *Dismissed* by unpublished per curiam opinion.

[No. 31486-6-I.   Division One.   April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER
WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04245-9, Bobbe J. Bridge, J., entered Sep-
tember 9, 1992. *Dismissed* by unpublished per curiam opin-
ion.